No. State 58. HARRELL, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 48.)

ERROR to review a judgment entered October 30, 1972, and an order entered January 26, 1973, of the circuit court for Milwaukee county: JOHN L. COFFEY, Circuit Judge.

Criminal law. Burglary. Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Steven B. Wickland,* assistant attorney general.

Judgment and order affirmed.


No. State 69. JUNIOR, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 48.)

ERROR to review a judgment of the circuit court for Milwaukee county entered January 15, 1973: HUGH R. O'CONNELL, Circuit Judge.

Criminal law. Burglary. Sentence. Appropriateness.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment affirmed.